**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

-------------------------------------------------------------X

| | | |
|---|---|---|
| **VIVIANNE C. BAILLARGEON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **- against -** | : | **C.A. No.: 06-261-T** |
| | : | |
| **LINCOLN EDUCATIONAL SERVICES CORPORATION; CAREER EDUCATION INSTITUTE** | : | |
| | : | |
| **Defendants.** | : | |

-------------------------------------------------------------X

The undersigned hereby formally enters her appearance as co-counsel for Defendants Lincoln Educational Services Corporation and Career Education Institute.

Dated: September 20, 2006
Providence, Rhode Island

JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3444

By: /s/ Rebecca McSweeney (#4020)

ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VIVIANNE C. BAILLARGEON,** **Plaintiff,** | : | |
| **- against -** | : | **C.A. No.: 06-261-T** |
| **LINCOLN EDUCATIONAL SERVICES CORPORATION; CAREER EDUCATION INSTITUTE** **Defendants.** | : | |

The undersigned hereby certifies that Defendant's Entry of Appearance has been filed electronically and that it is available for viewing and downloading from the ECF system, this 20th day of September, 2006.

/s/ Anthony J. DiOrio (#3419)