| LAST | FIRST | CAMPUS | TITLE | DOB | AGE |
|---|---|---|---|---|---|
| Devine | Kathleen A. | CEI | EXECUTIVE DIRECTOR | 8/20/1968 | 37 |
| Ryan | Melissa L. | CEI | EXECUTIVE DIRECTOR | 11/8/1960 | 45 |
| Acker | Marie G | CEI | EXECUTIVE DIRECTOR | 11/15/1959 | 46 |
| Waldron | David J. | CEI | EXECUTIVE DIRECTOR | 2/28/1959 | 46 |
| Fritz | David E. | CEI | EXECUTIVE DIRECTOR | 4/29/1947 | 58 |
| Hadley | Myra J. | CEI | EXECUTIVE DIRECTOR | 6/29/1945 | 60 |
| Love | William G. | CEI | EXECUTIVE DIRECTOR | 1/24/1942 | 64 |

EXHIBIT A

| LAST | FIRST | CAMPUS | TITLE | GENDER |
|---|---|---|---|---|
| Acker | Marie G | CEI | EXECUTIVE DIRECTOR | Female |
| Devine | Kathleen A. | CEI | EXECUTIVE DIRECTOR | Female |
| Hadley | Myra J. | CEI | EXECUTIVE DIRECTOR | Female |
| Ryan | Melissa L. | CEI | EXECUTIVE DIRECTOR | Female |
| Fritz | David E. | CEI | EXECUTIVE DIRECTOR | Male |
| Love | William G. | CEI | EXECUTIVE DIRECTOR | Male |
| Waldron | David J. | CEI | EXECUTIVE DIRECTOR | Male |

EXHIBIT G

You forwarded this message on 4/5/2005 5:25 PM.

**Ed Pielka**

**From:** Vivianne Baillargeon **Sent:** Mon 4/4/2005 3:37 PM
**To:** Ed Pielka
**Cc:**
**Subject:** Sunday
**Attachments:**

Make sure the Reps put down the hours they worked last Sunday on this week's time sheet. Thanks

EXHIBIT C