**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Vivianne C. Baillargeon,
Plaintiff

C.A. No. 06-261 T

v.

Lincoln Educational Services Corporation;
Career Education Institute,
Defendants

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO OBJECT OR OTHERWISE RESPOND TO DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS**

The undersigned Parties hereby stipulate and agree, with the approval of the Court, that the Plaintiff may have an extension from February 22, 2007 until March 19, 2007 to object to or otherwise respond to Defendants' Request for Production of Documents.

Respectfully Submitted,
Plaintiff,
Vivianne Baillargeon

By her Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning, Esq. (#3900)
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (FAX)

Defendants,
Lincoln Educational Services
Corp. and Career Education Institute
By Its Attorney,

/s/ Rebecca McSweeney
Rebecca McSweeney, Esq.
Jackson Lewis
127 Dorrance St, 4th Fl.
Providence, RI 02903
401-490-3444

**Certification**

I hereby certify that a true and correct copy of the above was served on February 22, 2007 to counsel for the Defendants, Rebecca McSweeney of Jackson Lewis, by electronic mail.

/s/ Stephen T. Fanning