**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---------------------------------------------------------- X

**VIVIANNE C. BAILLARGEON,**

**Plaintiff**

**-against-** **C.A. No.: 06-261-T**

**LINCOLN EDUCATIONAL SERVICES CORPORATION; CAREER EDUCATION INSTITUTE,**

**Defendants.**

---------------------------------------------------------- X

**JOINT MOTION FOR EXTENSION OF PRETRIAL DATES**

Plaintiff and Defendants now jointly move for an extension of time imposed by the Pretrial Order entered in this matter. In support of the motion, the parties state the following:

1. The parties attended a court-annexed mediation session before Mediator Berry Mitchell on May 31, 2007. Although the parties attempted early settlement of this case without the need for extensive discovery, it became apparent during the course of the mediation that the parties each have significant differences such to compel the conclusion (also reached by the Mediator) that additional discovery would have to be conducted in order to hopefully align the parties closer to what the factual issues are, i.e., what evidence would be proffered by each side in the event the matter goes before a jury.

2. The parties have agreed, along with Mediator Mitchell, to conclude all outstanding discovery quickly and to appear for a continued Mediation session on **July 27, 2007**.

3. Up to date, Plaintiff has provided written discovery responses to Defendants. Plaintiff will serve written discovery requests upon Defendant forthwith.

4. Both party and non-party pre-trial depositions have yet to be completed. As to party depositions, Defendant will be taking the deposition of Plaintiff, as well as a deposition of its employee, Ed Pielka. Defendant may also decide to take the depositions of several of its Account Representatives once the Plaintiff's and Mr. Pielka's depositions are taken.

5. Plaintiff will be taking the following party depositions: Shelly Williams and others, as may be deemed necessary.

6. As to non-party depositions, Defendant may seek to take depositions of any Account Representatives who may have knowledge of the facts concerning the claims and defenses of this matter, who are no longer employed by Defendant. This information will be discovered through the depositions of the parties. Plaintiff may seek the non-party depositions of similarly-situated non-party witnesses.

6. It is contemplated that all of the above discovery can well be completed before July 27, 2007, the date set for the continued Mediation before Mr. Mitchell, and absent any new information which might be learned or discovered during the depositions (which might require additional discovery), the parties will then have completed all pre-trial discovery. Accordingly, it is jointly requested that the present discovery closure date of June 15, 2007 be extended 60 days to **August 15, 2007**; and that all closure dates which flow from the discovery closure date be likewise extended.

7. The parties have not previously requested any extensions in this litigation.

8. Wherefore, it is jointly requested by Plaintiff and Defendants, that this Court enters an order extending all deadlines by 60 days, as outlined above, in the interests of justice.

**VIVIANNE C. BAILLARGEON**

By her attorney,

Stephen Thomas Fanning, Esq. (#3900)
305 South Main Street
Providence, Rhode Island 02903
(401) 272-8250

Dated: June 5, 2007

**LINCOLN EDUCATIONAL SERVICES CORPORATION; CAREER EDUCATION INSTITUTE**

By their attorney,

Anthony J. DiOrio (#3419)
JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
(401) 490-3444

Dated: June 5, 2007